## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Wendell Richardson | ) | Case No. 19-12761 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |

### NOTICE OF FILING

TO:

Marilyn O Marshall, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Wendell Richardson, 100 N. Hermitage, Apt. 415 Chicago, IL 60612

PLEASE TAKE NOTICE that on June 19, 2019, we filed with the Clerk of the Bankruptcy Court an Amended Schedules A/B and C, copies of which are hereby served upon you.

/s/ _Sara K. Ledford_
Ledford, Wu & Borges, LLC.
Attorneys at Law
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

### PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box 105 W. Madison St., 23rd Floor., Chicago, IL 60602, on June 19, 2019 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ _Sara K. Ledford_
Sara K. Ledford